Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13165-ELF

ANDRE CARR

6206 TABOR AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANDRE CARR

6206 TABOR AVENUE

PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
24 VETERANS SQUARE
MEDIA, PA 19063-

Date: 8/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee