# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Andre Carr                :        CASE NO.:  16-13165

Debtor(s)                :        CHAPTER  13

## Certificate of Service

Diane E. Barr, does hereby certify that a true and correct copy of Debtor's Third Amended Plan, was served by either by first class mail or by electronic means upon all creditors appearing on the mailing matrix.

Date:  October 2, 2020                                  /s Diane E. Barr, Esquire
                                                         Diane E. Barr
                                                         Attorney for Debtor