UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Andre Carr
       Bankruptcy No. 16-13165ELF
       Adversary No.
       Chapter     13

Date:   October 5, 2020

To:     Diane Barr, Esq.

## NOTICE OF INACCURATE FILING

Re:  Amended Schedule J (docket #75)

The above pleading was filed in this office on **10/2/20 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )  Debtor's name does not match case number listed
( )  Debtor's name and case number are missing
( )  Wrong PDF document attached
( )  PDF document  not legible
( )  Notice of Motion/Objection
( )  Electronic Signature missing
(x)  Other: PDF blank

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

       Timothy B. McGrath
       Clerk

       By:  **Randi Janoff**
       Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04