United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andre Carr  
    Debtor(s)

Case No. 16-13165-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2  
Date Rcvd: Oct 21, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID     Recipient Name and Address**  
db     + Andre Carr, 6206 Tabor Avenue, Philadelphia, PA 19111-5715

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK  
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DIANE E. BARR  
    on behalf of Debtor Andre Carr thelawofficeofdianebarr@yahoo.com  dbarrcg@aol.com

JACK K. MILLER  
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

MATTEO SAMUEL WEINER  
    on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER  
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4 bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ANDRE CARR, | : | |
| Debtor | : | Bky. No. 16-13165 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #81 ) is **APPROVED**.

Date:  October 21, 2020

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE