# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 16-13165-ELF

ANDRE CARR

6206 TABOR AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ANDRE CARR

6206 TABOR AVENUE

PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    24 VETERANS SQUARE
    MEDIA, PA 19063-

Date: 8/24/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee